IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>RBM CONSULTING, LLC.<br><br>      Defendant. | CASE NO. 8:14-CV-257<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    The Plaintiff, Elections Systems & Software, LLC, and Defendant, RBM Consulting, LLC, jointly move the Court for an Order dismissing the above captioned action with prejudice, each party to bear its own attorney fees and costs. In support of this Joint Stipulation, the parties state that they have reached a settlement between themselves as to the subject matter of this lawsuit, and dismissal is therefore warranted.

    WHEREFORE, Plaintiff and Defendant move the Court for an Order dismissing the above captioned action with prejudice, each party to bear its own attorney fees and costs.

4810-6294-0707.1

Dated this 22nd day of May, 2015.

| RBM CONSULTING, LLC, | ELECTION SYSTEMS & SOFTWARE, LLC., Plaintiff, |
|---|---|
| By: /s/ Michael S. Degan<br>Michael S. Degan, #20372<br>HUSCH BLACKWELL LLP<br>13330 California St., Suite 200<br>Omaha, NE 68154<br>(402) 964-5000<br>(402) 964-5050 (facsimile)<br>mike.degan@huschblackwell.com<br><br>Attorneys for Defendants | By: /s/ Michael C. Cox<br>Michael C. Cox, #17588<br>Daniel J. Fischer, #22272<br>KOLEY JESSEN P.C., L.L.O.<br>One Pacific Place, Suite 800<br>1125 South 103rd Street<br>Omaha, NE 68124-1079<br>(402) 390-9500<br>(402) 390-9005 (facsimile)<br>mike.cox@koleyjessen.com<br>dan.fischer@koleyjessen.com<br><br>Attorneys for Plaintiff |

### CERTIFICATE OF SERVICE

On this 22nd day of May, 2015, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

/s/ Michael C. Cox
Michael C. Cox